**AKIN GUMP STRAUSS HAUER & FELD LLP**
R.D. KIRWAN (SBN 42659)
BRUCE JACOBS (SBN 194114)
JULIA I. DE BEERS (SBN 233811)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001
Emails:   rkirwan@akingump.com
          bjacobs@akingump.com
          jdebeers@akingump.com

Attorneys for Applicant and Defendant
GRUMA CORPORATION

J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JOHNSON and ARNOLD ROSENFELD, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV-02-08557-R(Ex)<br><br>[Assigned To The Hon. Manuel Real For All Purposes]<br><br>**[PROPOSED] JUDGMENT**<br><br>[Notice of Application and Application filed concurrently herewith; [Proposed] Order lodged herewith] |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On November 3, 2008, this matter came before the Court on Defendant Gruma Corporation's ("Gruma") Application to Confirm Arbitration Award in the JAMS Arbitration titled *Dennis Johnson, et al. v. Gruma Corporation dba Mission Foods Corporation*, JAMS Case No. 1220026252.  All parties were represented by counsel.  Having considered all of the evidence properly presented and the arguments of the respective parties, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in conformity with the August 12, 2008 Award of the Arbitrator in the JAMS Arbitration titled *Dennis Johnson, et al. v. Gruma Corporation dba Mission Foods Corporation*, JAMS Case No. 1220026252.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment applies to the following class definition (hereinafter "the Class"):

> All persons who were party to Store Door Distribution Agreements with Gruma dba Mission Foods with California choice-of-law provisions on or since November 29, 1997, and whose distributor agreements specified a 'Company facility' located in California, excluding current Gruma supervisors or managers and excluding persons who timely opted out from the Arbitration.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs and the Class recover nothing from Gruma and that the action brought by plaintiffs and the Class be dismissed on the merits with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs and attorneys' fees associated with the underlying Arbitration. Defendant is entitled to costs of suit in connection with the motion to confirm the arbitration award.

Dated:  _November 3, 2008

By _____
The Honorable Manual L. Real
UNITED STATES DISTRICT JUDGE