**AKIN GUMP STRAUSS HAUER & FELD LLP**
R.D. KIRWAN (SBN 42659)
BRUCE JACOBS (SBN 194114)
JULIA I. DE BEERS (SBN 233811)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
Emails:   rkirwan@akingump.com
          bjacobs@akingump.com
          jdebeers@akingump.com

Attorneys for Applicant and Defendant
GRUMA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JOHNSON and ARNOLD ROSENFELD, individually and on behalf of others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>GRUMA CORPORATION, a Nevada corporation, dba MISSION FOODS CORPORATION; and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No. CV-02-08557-R(Ex)<br><br>[Assigned To The Hon. Manuel Real For All Purposes]<br><br>**ORDER CONFIRMING ARBITRATION AWARD**<br><br>[Notice of Application and Application filed concurrently herewith; [Proposed] Judgment lodged herewith] |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

On November 3, 2008, petitioner Gruma Corporation's Petition to Confirm Arbitration Award came on for hearing before this Court. All parties were represented by counsel. Proof having been made to the satisfaction of the Court that the Petition should be granted,

IT IS HEREBY ORDERED that the August 12, 2008 Award of the Arbitrator in the JAMS Arbitration titled *Dennis Johnson, et al. v. Gruma Corporation dba Mission Foods Corporation*, JAMS Case No. 1220026252, is confirmed in all respects.

Dated: November 3, 2008

By _____
District Court Judge